THE WEST CHICAGO STREET RAILROAD COMPANY

*v.*

THE CITY OF CHICAGO.

*Opinion filed February 17, 1899.*

The questions in this case are disposed of by the opinion in *West Chicago Street Railway Co.* v. *City of Chicago, ante,* p. 339.

APPEAL from the County Court of Cook county; the Hon. W. T. HODSON, Judge, presiding.

EGBERT JAMIESON, and JOHN D. ADAIR, for appellant.

CHARLES S. THORNTON, JOHN A. MAY, and EDWARD J. HILL, for appellee.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

The question presented on this record is the same as that presented in *West Chicago Street Railway Co.* v. *City of Chicago,* (*ante,* p. 339.) What is said there disposes of the questions here presented.

The judgment of the county court of Cook county will be reversed.                    *Judgment reversed.*